CARMELO SILVESTRO, Respondent, v. P. FURY and Another, Appellants.— Determination affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE RIESER COMPANY, INC., Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant, Impleaded with HARRY STRAUSSER, Appellant, and NORVIN RIESER, Joined as Defendant under Section 271 of the Civil Practice Act, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HARRAL CONSTRUCTION AND REALTY CORPORATION, Appellant, v. GEORGE J. KESSLER and Others, Defendants. EDWARD V. MORAND, Receiver, and GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN J. McANDREW, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MAFALDA KATTAMOUTTO, Respondent, v. JACK KATTAMOUTTO, Appellant.— Order modified by reducing amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of five dollars per week, and counsel fee to the sum of fifty dollars, payable one-half within ten days from service of order, and the balance at the time of the trial, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHANDLER G. BURROWS, Respondent, v. ARTHUR W. DIXON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THE GEVAERT COMPANY OF AMERICA, INC., Respondent, against J. G. WILLIAM GREEFF and Others, Appellants.*— Order reversed, with twenty dollars costs and disbursements, and motion denied, with fifty dollars costs, on the ground that mandamus is not the proper remedy. See *Molloy* v. *City of New Rochelle*, 198 N. Y. 402, and cases cited therein, and *People ex rel. Belden* v. *Contracting Board*, 27 N. Y. 378. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ANNIE STACKLIN, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.